NOTT & CO *vs.* BANK OF ORLEANS.

EASTERN DIS.
*June*, 1841.

NOTT & CO.
*vs.*
BANK OF
ORLEANS.

APPEAL FROM THE COMMERCIAL COURT OF NEW ORLEANS.

Purchasers at auction are not bound by new conditions, proclaimed verbally from the stand by the auctioneer, different from or more onerous than those advertised in the auction bills.

This is an action on the *folle enchère*, to recover the difference between two bids on three hundred and fifty shares of Gas Bank stock, adjudicated to the defendants. At the first sale they bid $24 per share, but refused to comply with some new conditions imposed at the sale. It was resold at their risk and purchased by their agent for $20 50. They are sought to be charged with the difference. This case is decided on the same principles and facts of the preceding one, between the same plaintiffs and Oakey et al.

*Strawbridge* for the plaintiffs.

*L. Peirce* for defendants.

*Morphy, J.* delivered the opinion of the court.

This case being similar in every respect to that this day decided between the same plaintiffs and S. W. Oakey & Co., must receive the same decision, on the grounds therein set forth.

The judgment of the Commercial Court is therefore affirmed with costs.